# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| ULTRA PREMIUM SERVICES, LLC, IPSCO TUBULARS INC., §§§§ *Plaintiffs,* §§ V. §§ TUBNAYA METALLURGICHESKAYA KOMPANIYA, §§§§§ *Defendant*. | Case No. 4:21-cv-00305 |

## [PROPOSED] ORDER ON DEFENDANT'S EMERGENCY MOTION TO DISSOLVE TEMPORARY RESTRAINING ORDER

This matter is before the Court on Defendant Tubnaya Metallurgicheskaya Kopmaniya's ("TMK") Emergency Motion for an Order Finding the State Court's Temporary Restraining Order That Issued After Removal a Nullity and Unenforceable, or in the Alternative, Dissolving Temporary Restraining Order. The Court, having fully and carefully considered the motion, the evidence, all responses and replies thereto, and the applicable law, finds that the motion lacks merit and should be DENIED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that TMK's Emergency Motion for an Order Finding the State Court's Temporary

Restraining Order That Issued After Removal a Nullity and Unenforceable, or in the Alternative, Dissolving Temporary Restraining Order is DENIED.

SO ORDERED this ___ day of _____, 2021.

                                                                                                                     _____
                                                                                                                      The Honorable David Hittner
                                                                                                                      UNITED STATES DISTRICT JUDGE